## FOSTER v. STATE.

### No. 26770.

Court of Criminal Appeals of Texas.

Jan. 20, 1954.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

Appellant waived trial by jury and entered his plea of guilty to the charge of unlawfully possessing intoxicating liquor for the purpose of sale in a dry area. His punishment was assessed by the court at a fine of $200.

The proceedings appear regular and nothing is presented for review by this court, there being no statement of facts or bills of exception in the record before us.

The judgment is affirmed.